```
 1  WILKE, FLEURY, HOFFELT,
    GOULD & BIRNEY, LLP
 2  KELLI M. KENNADAY, Bar No. 155153
    KIM JOHNSTON, Bar No. 196961
 3  400 Capitol Mall, Twenty-Second Floor
    Sacramento, CA  95814
 4  Telephone:   (916) 441-2430
    Facsimile:    (916) 442-6664
 5
    Attorneys for Defendant
 6  CALVIN CHANG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON, | Case No.  2:05-cv-01193 MCE-KJM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS;** |
| v. | **ORDER** |
| CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and in his official capacity as a Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive, | |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant Calvin Chang hereby substitutes Kelli M. Kennaday, Esq., California Bar No. 155153, and Kim Johnston, California Bar No. 196961, of the law firm Wilke, Fleury, Hoffelt, Gould & Birney, LLP, 400 Capitol Mall, 22nd Floor, Sacramento, California 95814, (916) 441-2430, as his attorneys of record in this action in the place of Michael T. Lucey, Michael A. Laurenson and Mark S. Posard of the law firm of Gordon & Rees LLP, 655 University Avenue,

1 | Suite 200, Sacramento, California 95825; (916) 565-2900.

3 | DATED: ~~October~~ November 28 , 2005      /s/
Calvin Chang

5 | I consent to the above substitution.

6 | DATED: October  31 , 2005      GORDON & REES LLP

8 | By  /s/
Mark S. Posard
State Bar No. 208790

11 | I accept the above substitution.
12 | DATED: ~~October~~ December 1 , 2005      WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

14 | By  /s/
Kelli M. Kennaday
State Bar No. 155153

17 | **IT IS SO ORDERED.**

18 | DATED: January 10, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE