IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY NELSON,

     Plaintiff,                             No. CIV S 05-1193 MCE KJM

    vs.

CITY OF DAVIS, et al.,

     Defendants.                       <u>ORDER</u>

_____/

        Defendants' motion to compel initial disclosure came on regularly for hearing May 17, 2006. Adante Pointer appeared telephonically for plaintiff. Kellie Kennaday appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        No later than June 16, 2006, plaintiff shall provide the computation of damages and evidentiary material in support thereof as provided under Federal Rule of Civil Procedure

/////

/////

/////

/////

1

1  26(a)(1)(C), including the computation of damages pertaining to medical bills and wage loss,
2  both past and future, and an estimation of attorneys' fees.
3  DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
nelson-davis.oah