MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER MARY GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF DAVIS, et al.,<br><br>　　　　Defendants. | CASE NO. 2:05-CV-1193 MCE-KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

-1-

IT IS HEREBY STIPULATED by and between plaintiff Timothy C. Nelson, Defendant Sergeant Michael Mason and Defendant Officer Brandon Jones by and through their designated counsel that the above-captioned action brought by plaintiff Timothy C. Nelson in this matter be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

This Stipulation of Dismissal shall apply to the action brought against Defendants Officer Brandon Jones and Sergeant Michael Mason by plaintiff Timothy C. Nelson only.

Each party will bear their own costs and attorneys fees.

IT IS SO STIPULATED.

Dated: June 30, 2006                    LAW OFFICES OF JOHN BURRIS

By:_____/s/ Adante D. Pointer_____
ADANTE D. POINTER
Attorneys for Plaintiff
TIMOTHY C. NELSON

Dated: July 5, 2006                     GORDON & REES, LLP

By:_____/s/ Mark S. Posard_____
Mark S. Posard
Attorneys for Defendants
CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER MARY GARCIA

IT IS SO ORDERED.

July 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-