JOHN L. BURRIS, Esq./ State Bar #69888
ADANTE D. POINTER, Esq./State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON, | No. 2:05-cv-1193-MCE-KJM |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE CUT-OFF** |
| CITY OF DAVIS, et al., | |
| Defendants. / | |

**Certificate of Disclosure:**

COME NOW all parties and submit this Stipulation and Proposed Order to Extend Expert Disclosure Cut-Off.  The parties stipulate and respectfully request that the Expert Disclosure Cut-Off date set by this court for September 5, 2006 be reset to September 22, 2006.  The certified court reporter that recorded several key depositions taken during the course of fact-discovery has yet to produce the transcripts for the aforementioned depositions.  It is anticipated that these transcripts will be tendered to all parties by September 6, 2006 with each party giving relevant transcripts to their respective experts for review.

1

PDF created with pdfFactory trial version www.pdffactory.com

As a result, both parties and their retained experts need additional time to receive and review the deposition transcripts.  Therefore, good cause being shown all parties stipulate and respectfully request that the Expert Disclosure Cut-Off date set by this court for September 5, 2006 be reset to September 22, 2006.

Dated:_____, 2006                **The Law Offices of John L. Burris**

        /s/ Adanté Pointer
Adanté D. Pointer, Esq.
Attorneys for Plaintiff TIMOTHY NELSON

Dated:_____, 2006                **Angelo, Kilday, Kilduff LLP**

        /s/   Doug Thorn
Douglas Thorn, Esq.
Attorneys for Defendant CITY OF DAVIS, HYDE, WILSON & MASON

Dated:_____, 2006                **Wilke, Fleury, Hoffelt, Gould & Birney, LLP**

        /s/   Kelli Kennaday
Kelli Kennaday, Esq.
Attorneys for Defendant CALVIN CHANG

Dated:_____, 2006                **Gordon & Rees**

        /s/   Mark Posard
Mark Posard, Esq.
Attorneys for Defendant HANDY, BARAGAN & GARCIA

IT IS SO ORDERED.

DATE: September 7, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com