BRUCE A. KILDAY (CA Bar No. 066415)            (SPACE BELOW FOR FILING STAMP ONLY)
DOUGLAS R. THORN (CA Bar No. 133521)
ANGELO, KILDAY & KILDUFF
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF DAVIS, JAMES HYDE and JOHN WILSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF DAVIS; JAMES HYDE, individually and in his capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and in his official capacity as a Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:05-CV-1193 MCE-KJM<br><br>ORDER GRANTING DEFENDANTS CITY OF DAVIS, JAMES HYDE AND JOHN WILSON'S APPLICATION TO EXCEED COURT'S PAGE LIMIT ON MOTION FOR SUMMARY JUDGMENT |

　　The Application of Defendants City of Davis, James Hyde and John Wilson for permission to file a memorandum of points and authorities in support of their motion for summary judgment that is over 20 pages in length having been considered by this Court, satisfactory proof having been made and good cause appearing,

　　IT IS ORDERED that Defendants City of Davis, James Hyde and John Wilson may file a memorandum of points and authorities in support of their motion for summary judgment not to exceed thirty (30) pages in length.

　　Dated: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com