1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   KELLI M. KENNADAY, Bar No. 155153
2  KIM JOHNSTON, Bar No. 196961
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA  95814
   Telephone:    (916) 441-2430
4  Facsimile:    (916) 442-6664

5  Attorneys for Defendant
   CALVIN CHANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and in his official capacity as a Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.  2:05-cv-1193 MCE-KJM<br><br>**ORDER GRANTING DEFENDANT CALVIN CHANG'S APPLICATION TO EXCEED COURT'S PAGE LIMIT ON MOTION FOR SUMMARY JUDGMENT** |

　　　The Application of Defendant Calvin Chang for permission to file a memorandum of points and authorities in support of his motion for summary judgment that is over 20 pages in length having been considered by this Court, satisfactory proof having been made and good cause appearing,

/ / /

/ / /

249815.1                                     - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS ORDERED that Defendant Calvin Chang may file a memorandum of points and authorities in support of his motion for summary judgment not to exceed thirty (30) pages in length.

DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

249815.1                                              - 2 -

PDF created with pdfFactory trial version www.pdffactory.com