1  MICHAEL T. LUCEY (SBN: 99927)
   MICHAEL A. LAURENSON (SBN: 190023)
2  MARK S. POSARD (SBN: 208790)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   CALVIN HANDY, OFFICER JAVIER
7  BARRAGAN, OFFICER MARY GARCIA

8

                 UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11

TIMOTHY C. NELSON,                    )   CASE NO. 2:05-CV-1193 MCE-KJM
12                                     )
                     Plaintiff,        )
13                                     )   **ORDER GRANTING DEFENDANTS**
             vs.                       )   **CALVIN HANDY, OFFICER JAVIER**
14                                     )   **BARRAGAN AND OFFICER MARY**
CITY OF DAVIS, et al.,                 )   **GARCIA'S APPLICATION TO**
15                                     )   **EXCEED COURT'S PAGE LIMIT ON**
                     Defendants.       )   **MOTION FOR SUMMARY**
16                                     )   **JUDGMENT**
                                       )
17  _____  )

18

19        The Application of Defendants Calvin Handy, Officer Javier Barragan and Officer Mary

20  Garcia for permission to file a memorandum of points and authorities in support of their motion

21  for summary judgment that exceeds the Court's 20-page limit on moving papers having been

22  considered by this Court, satisfactory proof having been made and good cause appearing,

23        IT IS ORDERED that Defendants Calvin Handy, Officer Javier Barragan and Officer

24  Mary Garcia may file a memorandum of points and authorities in support of their motion for

25  summary judgment not to exceed 30 pages in length.

26  Dated: November 3, 2006

27                                    _____
28                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

                                       1

UCR/1034425/1095908v.1