JOHN L. BURRIS, Esq./ State Bar #69888
ADANTÉ D. POINTER, Esq./State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
adante.pointer@johnburrislaw.com
john.burris@johnburrislaw.com

Attorneys for Plaintiff
TIMOTHY C. NELSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and his official capacity as Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 2:05-CV-1193-MCE-KJM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO EXCEED COURT'S PAGE LIMIT ON OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT**<br><br>JUDGE:    Hon. Morrison C. England |

The Application of Plaintiff Timothy C. Nelson for permission to file a memorandum of points and authorities in support of his opposition to Defendants' motion for summary judgment that is over 20 pages in length having been considered by this Court, satisfactory proof having been made and good cause appearing,

\\\

1

1  IT IS ORDERED that Plaintiff Timothy C. Nelson may file a memorandum of points and authorities
2  in support of his opposition to Defendants' motions for summary judgment not to exceed thirty (30)
3  pages in length.

5  DATED:  November 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE