JOHN L. BURRIS, Esq./ State Bar #69888
ADANTÉ D. POINTER, Esq./ State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
**TMOTHY C. NELSON**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF DAVIS, et al.,<br><br>　　　　Defendants. | Case No.  2:05-CV-1193-MCE-KJM<br><br>**STIPULATED AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND TO RESET THE SUMMARY JUDGMENT HEARING, FINAL PRE-TRIAL CONFERENCE & TRIAL DATES**<br><br>JUDGE:    Hon. Morrison C. England |

　　　　IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiff Timothy C. Nelson and all defendants by and through their designated counsel, that the date by which plaintiff's opposition to Defendants' three separate motions for summary judgment must be reset from November 24, 2006 to December 14, 2006 (20 additional calendar days).

　　　　The good cause for resetting this date stems from the fact that plaintiff must respond to three separate summary judgment motions containing over 1,000 pages of documents.  The current deadline places a substantial burden upon plaintiff to respond to such voluminous motions within a mere 10 days.

1

THE PARTIES HEREBY FURTHER STIPULATE (and respectfully request) by and between plaintiff Timothy C. Nelson and all defendants by and through their designated counsel, that the summary judgment hearing date scheduled for December 11, 2006, be reset for January 8, 2007; the final pre-trial conference scheduled for February 26, 2007, be reset to April 16, 2007; and the trial scheduled for April 4, 2006, be reset to May 21, 2007.

All parties stipulate and respectfully request the aforementioned dates be reset by this court.

Date:  November 17, 2006          LAW OFFICES OF JOHN L. BURRIS

                                   /s/ Adanté Pointer
                                  ADANTÉ D. POINTER
                                  Attorneys for Plaintiff
                                  TIMOTHY C. NELSON

Date:  November 17, 2006          GORDON & REES LLP

                                   /s/ Mark Posard
                                  MARK S. POSARD
                                  GODON & REES, LLP
                                  Attorneys for Defendants
                                  CALVIN HANDY, OFFICER JAVIER
                                  BARRAGAN, OFFICER MARY GARCIA

Date:  November 17, 2006          WILKE FLEURY HOFFELT GOULD &
                                  BIRNEY, LLP

                                   /s/ Kelli Kennaday
                                  KELLI M. KENNADAY
                                  Attorneys for Defendants
                                  OFFICER CALVI N CHANG

//
//
//
//

Date:  November 17, 2006               ANGELO, KILDAY & KILDUF, LLP

                                             /s/ Douglas Thorn
                                       DOUGLAS R. THORN
                                       Attorneys for Defendants
                                       CITY OF DAVIS, JAMES HYDE, JOHN WILSON

　　　IT IS SO ORDERED that the hearing on the summary judgment motions (Docket Nos. 56, 66 and 67) is reset from December 11, 2006, to January 8, 2007 at 09:00 am.   The final pre-trial conference scheduled for February 26, 2007, is reset to April 16, 2007 at 01:30 p.m.  Parties shall file a joint pretrial statement on or before April 2, 2007.  The trial date of April 4, 2007 is reset to May 23, 2007 at 09:00 a.m.

DATED: November 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE