IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY NELSON,

    Plaintiff,                                 No. CIV S05-1193 MCE KJM

    vs.

CITY OF DAVIS,

    Defendant.                             ORDER

_____/

        Plaintiff's motion to compel and for sanctions came on regularly for hearing November 15, 2006. Adante DePointer appeared for plaintiff. Mark Posard appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The bench order issued at hearing is confirmed in that plaintiffs shall have produced, within five days from the hearing date, all documents, raw testing data, test protocols and any separate pages that may have test scores written or printed on them, academic transcripts, and information or other material relied upon by plaintiff's experts Dale Watson, Ph.D., and Carol Hyland in forming their expert opinions and reports.

        2. Defendants are allowed twenty days from receipt of the documents identified

1

in 1 above to file and serve rebuttal expert reports.

      3. Reasonable expenses incurred in connection with the motion are awarded to defendant in the amount of $1794.00.[1]  Fed. R. Civ. P. 37(a)(4).

DATED: November 27, 2006.

_____
U.S. MAGISTRATE JUDGE

006
nelson-davis2.oah

---

[1] The amount awarded reflects counsel's indication at hearing that the total amount of time spent in connection with the hearing itself would be 3-3/4 hours.

2