```
 1  MICHAEL T. LUCEY (SBN: 99927)
    MICHAEL A. LAURENSON (SBN: 190023)
 2  MARK S. POSARD (SBN: 208790)
    GORDON & REES LLP
 3  Embarcadero Center West
    275 Battery Street, Suite 2000
 4  San Francisco, CA 94111
    Telephone: (415) 986-5900
 5  Facsimile: (415) 986-8054

 6  Attorneys for Defendants
    CALVIN HANDY, OFFICER JAVIER
 7  BARRAGAN, OFFICER MARY GARCIA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON, | No. 2:05-cv-1193-MCE-KJM |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS CALVIN HANDY, OFFICER JAVIER BARRAGAN AND OFFICER MARY GARCIA'S APPLICATION TO EXCEED COURT'S PAGE LIMIT ON REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| CITY OF DAVIS, ET AL., | |
| Defendants. | |

The Application of Defendants Calvin Handy, Officer Javier Barragan and Officer Mary Garcia for permission to file a reply brief to the Opposition to their Motion for Summary Judgment that exceeds the Court's ten-page limit on moving papers having been considered by this Court, satisfactory proof having been made and good cause appearing,

///
///
///
///

1    **IT IS SO ORDERED** that Defendants Calvin Handy, Officer
2 Javier Barragan and Officer Mary Garcia may file a reply to the
3 Opposition to their Motion for Summary Judgment not to exceed
4 fifteen pages in length.

6 DATED: December 22, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2