BRUCE A. KILDAY, ESQ. SBN 66415
DOUGLAS R. THORN, ESQ., SBN 133521
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263
Emails: bkilday@akk-law.com
        dthorn@akk-law.com

Attorneys for Defendants CITY OF DAVIS, JAMES HYDE and JOHN WILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br>        Plaintiff,<br>vs.<br>CITY OF DAVIS; et al.,<br>        Defendants. | Case No.: 2:05–cv–1193–MCE–KJM<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by all parties that Defendants' Motions for Summary Judgment currently set for February 12, 2007 at 9:00 a.m. in Courtroom 3 are continued to March 5, 2007 at 9:00 a.m. in Courtroom 3 before Judge Morrison C. England, Jr.

The reason for this continuance is counsel for Defendants City of Davis, James Hyde and John Wilson is unavailable on February 12, 2007 due to a prepaid vacation.

Dated: January 12, 2007        ANGELO, KILDAY & KILDUFF

                                            */s/ Douglas R. Thorn*
                                By:_____
                                DOUGLAS R. THORN
                                Attorneys for Defendants CITY OF DAVIS, JAMES HYDE and JOHN WILSON

| | |
|---|---|
| Dated: | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | */s/ Kim Johnston* <br> By:_____ <br> KIM JOHNSTON <br> Attorneys for Defendant CALVIN CHANG |
| Dated: January 10, 2007 | GORDON & REES, LLP |
| | */s/ Mark S. Posard* <br> By:_____ <br> MARK S. POSARD <br> Attorneys for Defendants CALVIN HANDY, OFFICER JAVIER BARRAGAN, OFFICER MARY GARCIA |
| Dated: January 10, 2007 | LAW OFFICES OF JOHN L. BURRIS |
| | */s/ Adante D. Pointer* <br> By:_____ <br> ADANTE D. POINTER <br> Attorneys for Plaintiff TIMOTHY C. NELSON |

**ORDER**

The hearing date on Defendants' Motions for Summary Judgment currently set for February 12, 2007 is continued to March 5, 2007 at 9:00 a.m. in Courtroom 3 before Judge Morrison C. England, Jr.

DATED: January 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE