BRUCE A. KILDAY, ESQ.  SBN 66415
DOUGLAS R. THORN, ESQ., SBN 133521
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
Emails:  bkilday@akk-law.com
         dthorn@akk-law.com

Attorneys for Defendants CITY OF DAVIS, JAMES HYDE and JOHN WILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF DAVIS; et al.,<br><br>            Defendants. | Case No.: 2:05–cv–1193–MCE–KJM<br><br>**STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES TO BE RESET AFTER THE SUMMARY JUDGMENT RULING** |

The parties, by and through their attorneys of record, stipulate and agree as follows:

1. Defendants filed motions for summary judgment that are presently under submission with the Court.

2. There is a pretrial conference schedule for April 16, 2007, and the parties are required to file a pretrial conference statement with the Court on or before April 2, 2007.  Trial is currently scheduled to begin on May 23, 2007.

3. The parties are not in a position to prepare a meaningful pretrial conference statement, or participate in a meaningful pretrial conference, until the Court has had an opportunity to rule on the summary judgment motions.

1   Subject to approval by the Court, the parties therefore stipulate and agree to vacate the pretrial
2   conference and trial dates, to be reset, if necessary, after the Court rules on the summary
3   judgment motions.
4         SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated:  March 26, 2007 | ANGELO, KILDAY & KILDUFF |
| |       */s/Douglas R. Thorn* |
| | By:_____ |
| | DOUGLAS R. THORN |
| | Attorneys for Defendants CITY OF DAVIS, JAMES HYDE and JOHN WILSON |
| Dated:  March 26, 2007 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| |       /s/*Kim Johnston* |
| | By:_____ |
| | KIM JOHNSTON |
| | Attorneys for Defendant CALVIN CHANG |
| Dated: March 26, 2007 | GORDON & REES, LLP |
| |       /s/*Mark S. Posard* |
| | By:_____ |
| | MARK S. POSARD |
| | Attorneys for Defendants CALVIN HANDY, OFFICER JAVIER BARRAGAN, OFFICER MARY GARCIA |
| Dated:  March 26, 2007 | LAW OFFICES OF JOHN L. BURRIS |
| |       */s/Adante D. Pointer* |
| | By:_____ |
| | ADANTE D. POINTER |
| | Attorneys for Plaintiff TIMOTHY C. NELSON |

**ORDER**

The Court, having considered the stipulation of the parties and good cause appearing therefore, hereby makes the following orders:

1. The pretrial conference scheduled for April 19, 2007 and trial scheduled to begin on May 23, 2007 are hereby vacated.

2. If necessary, the Court will order another scheduling conference to reset the matters after it has ruled on the summary judgment motions.

IT IS SO ORDERED

March 26, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE