UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON, | NO. 2:05-cv-1193-MCE-KJM |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive, | |
| Defendants. | |

----oo0oo----

The Court scheduled a Status Conference in this matter on August 27, 2009 and requested that the parties submit statements beforehand concerning the further handling of this matter, given the Ninth Circuit's remand for further proceedings as set forth in its Opinion filed July 7, 2009.

1

1  Upon review of the parties' statements, the Court believes that
2  an opportunity should be afforded for further dispositive
3  motions, taking specifically into account the limitations imposed
4  by the Ninth Circuit's ruling.  Motions comporting with those
5  requirements must be filed not later than Friday, October 23,
6  2009.  Additional dates will be scheduled as necessary once
7  further dispositive motions have been adjudicated.
8        Given this Order, the Status Conference set for August 27,
9  2009 is hereby vacated and Plaintiff's Request for Telephonic
10 Appearance (Docket entry, 130) is denied as moot.
11       IT IS SO ORDERED.

Dated: August 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2