WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
KELLI M. KENNADAY, Bar No. 155153
KIM JOHNSTON, Bar No. 196961
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant
CALVIN CHANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and in his official capacity as a Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER BRANDON JONES, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive,<br><br>          Defendants. | Case No.  2:05-cv-01193 MCE-KJM<br><br>**ORDER GRANTING DEFENDANT CALVIN CHANG'S APPLICATION TO EXCEED COURT'S PAGE LIMIT ON MOTION FOR SUMMARY JUDGMENT** |

      The Application of Defendant Calvin Chang for permission to file a memorandum of points and authorities in support of his motion for summary judgment that is over 20 pages in length having been considered by this Court, satisfactory proof having been made and good cause appearing,

/ / /

/ / /

249815.1                                                            - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS ORDERED that Defendant Calvin Chang may file a memorandum in support of his motion for summary judgment not to exceed 30 pages in length.  The page limits applicable to any other Defendants filing their own motions are similarly extended, as is Plaintiff's opposition points and authorities to any such motions henceforth filed.  Finally, in light of the above extensions, reply papers may be up to 15 pages in length.

DATED: October 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

249815.1

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com