**JOHN L. BURRIS, SBN 69888**
**ADANTE' D. POINTER, SBN 236229**
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com

Attorneys for plaintiff
**TIMOTHY C. NELSON**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br>      Plaintiff,<br><br>vs.<br><br>CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and in his official capacity as a Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive,<br>      Defendants. | No. 2:05-cv-01193-MCE-CKD<br><br>**STIPULATION AND  ORDER TO DISMISS CERTAIN DEFENDANTS** |

  Plaintiff, Timothy Nelson along with Defendants John Wilson, Calvin Handy, Javier Barragan, Calvin Chang and Mary Garcia, by and through their respective counsel, hereby stipulate, agree and respectfully request this Court dismiss with prejudice all

**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN PARTIES**
1

causes of action brought against the aforementioned Defendants in their individual and official capacities, with all parties bearing their own attorney's fees and costs.

Respectfully submitted,

Date: June 14, 2013                    LAW OFFICES OF JOHN L. BURRIS

                                        /s/ Adanté Pointer
                                       ADANTÉ D. POINTER
                                       Attorneys for Plaintiff
                                       TIMOTHY C. NELSON

Date: June 14, 2013                    GORDON & REES LLP

                                        /s/ Mark Posard
                                       MARK S. POSARD
                                       GODON & REES, LLP
                                       Attorneys for Defendants
                                       CALVIN HANDY, OFFICER JAVIER
                                       BARRAGAN, OFFICER MARY GARCIA

Date: June 14, 2013                    WILKE FLEURY HOFFELT GOULD &
                                       BIRNEY, LLP

                                        /s/ Kelli Kennaday
                                       KELLI M. KENNADAY
                                       Attorneys for Defendants
                                       OFFICER CALVI N CHANG

Date: June 14, 2013                    ANGELO, KILDAY & KILDUF, LLP

                                        /s/ Bruce Kilday
                                       BRUCE KILDAY
                                       Attorneys for Defendants
                                       CITY OF DAVIS, JAMES HYDE, JOHN
                                       WILSON

**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN PARTIES**
2

**ORDER**

IT IS HEREBY ORDERED that all causes of action brought against Defendants John Wilson, Calvin Handy, Javier Barragan, Calvin Chang and Mary Garcia are dismissed with prejudice with all parties bearing their own attorney's fees and costs. The case remains active against Defendants the City of Davis and James Hyde.

**IT IS SO ORDERED.**

DATED: June 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT