**JOHN L. BURRIS, SBN 69888**
**ADANTE' D. POINTER, SBN 236229**
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com

Attorneys for plaintiff
**TIMOTHY C. NELSON**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. NELSON,<br>          Plaintiff,<br><br>vs.<br><br>CITY OF DAVIS; JAMES HYDE, individually and in his official capacity as Chief of Police for the CITY OF DAVIS; SERGEANT JOHN WILSON, individually and in his official capacity as a Sergeant for the CITY OF DAVIS; CALVIN HANDY, SERGEANT MICHAEL MASON, OFFICER JAVIER BARRAGAN, OFFICER CALVIN CHANG, OFFICER M. GARCIA, individually and DOES 1-100, inclusive,<br>          Defendants. | No. 2:05-cv-01193-MCE-CKD<br><br>**REQUEST AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the fully executed Settlement Agreement and Release, Plaintiff, TIMOTHY NELSON, hereby respectfully requests that this action be dismissed with prejudice as provided for under FRCP 41(a)(2).

**REQUEST FOR DISMISSAL & ORDER DISMISSING ACTION**
1

Respectfully Submitted by:

Dated:  August 7, 2013                    **The Law Offices of John L. Burris**

_____/s/_____
ADANTE D. POINTER
Attorney for Plaintiff TIMOTHY NELSON

### ORDER

IT IS HEREBY ORDERED that this entire action be DISMISSED with prejudice.

The Clerk of the Court is directed to close this case.

Dated:  August 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT